UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YEHUDAH MILCHAMOT,

Petitioner,

-against-

THE CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF CORRECTIONS.,

Respondents.

25 CIVIL 10734 (KMW)

CIVIL JUDGMENT

For the reasons stated in the September 24, 2026, Order, the Court dismisses Petitioner's Petition. Because the petition at this time makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: New York, New York
September 25, 2026

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge